*In re* ELBA I. SANTIAGO RODRÍGUEZ.

*Número:* TS-6804          *Resuelto:* 5 de agosto de 2005

*Elba I. Santiago Rodríguez*, peticionaria.

SALA DE VERANO integrada por el JUEZ ASOCIADO SEÑOR REBOLLO LÓPEZ, como su PRESIDENTE, y las JUEZAS ASOCIADAS SEÑORA FIOL MATTA y SEÑORA RODRÍGUEZ RODRÍGUEZ.

## RESOLUCIÓN

Examinada la Moción Solicitando Status, presentada por la Lic. Elba I. Santiago Rodríguez el 14 de junio de 2005, *se ordena la reinstalación de la referida abogada al ejercicio de la notaría.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*